LUIGI FRANCO, Respondent, *v.* MAX RADT, Appellant.

*Franco* v. *Radt*, 145 App. Div. 918, appeal dismissed. (Submitted October 2, 1911; decided October 10, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 24, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover the purchase price of a bond and mortgage.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the judgment was supported by the evidence; that the exceptions were frivolous and presented no questions of law for review and that the appeal was taken for purposes of delay.

*Maxwell Slade* for motion.

*Emanuel Eschwege* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.